SAMUEL L. NORMAN et al., Doing Business under the Name of Norman-Hegarty Co., Plaintiffs-Respondents, *v.* OAKLAND GOLF CLUB, Defendant-Appellant. LAURENCE B. HALLERAN, Doing Business as Halleran Agency, et al., Respondents.

Submitted February 23, 1954; decided March 11, 1954.

*Charles P. Kramer* for motion.

*Leo P. Dorsey, Peter Keber* and *Harry A. Le Bien* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.